FILED BY ____ D.C.

05 AUG 19 PM 2: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | Case No.: 02-20165 D |
| v. | * | |
| ROBERT MURRAY BOHN, | * | |
| Defendant. | * | |

## TRIAL SCHEDULE

The court will establish the following schedule for the trial of this matter:

### WEEK 1

**Monday, September 12, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Tuesday, September 13, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Wednesday, September 14, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Thursday, September 15, 2005**
12:30 p.m. - 6:00 p.m.

**Friday, September 16, 2005**
8:30 a.m. - 12:30 p.m.

**WEEK 2**

**Monday, September 19, 2005**
9:00 a.m. - 12:30 p.m
2:00 p.m. - 5:30 p.m.

**Tuesday, September 20, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Wednesday, September 21, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Thursday, September 22, 2005**
2:00 p.m. - 6:00 p.m.

**Friday, September 23, 2005**
8:45 a.m. - 12:30 p.m.
2:00 p.m. - 5:00 p.m.

**WEEK 3**

**Monday, September 26, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Tuesday, September 27, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Wednesday, September 28, 2005**
**COURT NOT IN SESSION**

**Thursday, September 29, 2005**
**COURT NOT IN SESSION**

**Friday, September 30, 2005**
**COURT NOT IN SESSION**

2

**WEEK 4**

**To Be Determined**

  **IT IS SO ORDERED** this ___19th___ day of ___August___, 2005.

                _/s/ Bernice Bouie Donald_
                BERNICE BOUIE DONALD
                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 610 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Bernice Donald
US DISTRICT COURT