IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 AUG 24 PM 4: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | CR. NO. 02-20165-D |
| **ROBERT MURRAY BOHN** | |

---

### ORDER TO COMPEL TESTIMONY AND PRODUCE INFORMATION

---

On motion of the United States of America, by and through the United States Attorney for the Western District of Tennessee and his duly authorized Assistant, Dan L. Newsom;

**IT SATISFACTORILY APPEARING TO THE COURT:**

1. That a subpoena has previously been duly served upon MICHAEL E. HANSON, commanding him to appear and testify before the District Court in the trial of the above-referenced matter;

2. That the witness, MICHAEL E. HANSON, has indicated through his counsel, on or about August 23, 2005, that if he appears before the District Court, he will refuse to testify by asserting his Fifth Amendment privilege against self-incrimination;

3. That in the judgment of the United States Attorney for the Western District of Tennessee, the testimony or other information from the witness may be necessary to the public interest; and

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-25-05



4.     That the aforesaid Motion filed herein has been made with the approval of the Assistant Attorney General, Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. §6003(b) and 28 C.F.R. §0.175(a).

**NOW THEREFORE, IT IS ORDERED** pursuant to Title 18, United States Code, Sections 6002 and 6003, that the witness, MICHAEL E. HANSON, give testimony and provide other information which he may refuse to give or to produce on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated at the trial of this matter before the District Court.

**IT IS FURTHER ORDERED** that no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against the witness in any criminal case, except a prosecution for perjury, giving false statement, or otherwise failing to comply with the Order of this Court.

ENTER THIS _24_ DAY OF AUGUST, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



## Notice of Distribution

This notice confirms a copy of the document docketed as number 611 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT