IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP -2 PM 4: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>   Plaintiff )<br><br>         v. )<br><br>ROBERT MURRAY BOHN, )<br><br>   Defendant. ) | No. 02-20165 |

---

### ORDER DENYING AS MOOT DEFENDANT'S
### MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S EXPERT WITNESS

---

Before the court is the motion in limine of Defendant Robert Murray Bohn to exclude Plaintiff's expert witness, for failure to comply with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure. Plaintiff has notified the Court that Plaintiff will not attempt to use the expert witness, Marc B. Sherman. Accordingly, Defendant's motion is denied as moot.

IT IS SO ORDERED this 2nd day of September , 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

626

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 626 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT