IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT MURRAY BOHN,

    Defendant.

Case No.: 02-20165 D

## FIRST AMENDED TRIAL SCHEDULE*

The Court will establish the following schedule for the trial of this matter:

### WEEK 1

**Monday, September 12, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Tuesday, September 13, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Wednesday, September 14, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Thursday, September 15, 2005**
12:30 p.m. - 6:00 p.m.

**Friday, September 16, 2005**
8:30 a.m. - 12:30 p.m.
1:30 p.m. - 4:00 p.m.*

627

**WEEK 2**

**Monday, September 19, 2005\***
**COURT NOT IN SESSION**

**Tuesday, September 20, 2005**
9:00 a.m. 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Wednesday, September 21, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p..m. - 5:30 p.m.

**Thursday, September 22, 2005**
2:00 p.m. - 6:00 p.m.

**Friday, September 23, 2005**
8:45 a.m. - 12:30 p.m.
2:00 p.m. - 5:00 p.m.

**WEEK 3**

**Monday, September 26, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Tuesday, September 27, 2005**
9:00 a.m. - 12:30 p.m.
2:00 p.m. - 5:30 p.m.

**Wednesday, September 28, 2005**
**COURT NOT IN SESSION**

**Thursday, September 29, 2005**
**COURT NOT IN SESSION**

**Friday, September 30, 2005**
**COURT NOT IN SESSION**

**WEEK 4**
**To Be Determined**

    **IT IS SO ORDERED** this \_\_\_7th\_\_\_ day of \_\_\_September\_\_\_, 2005.

                                      BERNICE BOUIE DONALD
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 627 in case 2:02-CR-20165 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Glenn Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT